IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUAN VENTURA VERA                                           PETITIONER
Reg # 90562-000

v.                    Civil Case No. 2:10CV00094 JMM-JTK

T.C. OUTLAW, Warden,
FCI-Forrest City                                            RESPONDENT

**<u>ORDER</u>**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 14th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE