IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUAN VENTURA VERA                                                PETITIONER
Reg # 90562-000

v.              Civil Case No. 2:10CV00094 JMM-JTK

T.C. OUTLAW, Warden,
FCI-Forrest City                                                 RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED with prejudice.

SO ADJUDGED this 14th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE